

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2014

No. 04-14-00338-CR

Benny Cavazos **VALVERDE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR3980
Honorable Melisa Skinner, Judge Presiding

## O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to October 10, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court